# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 13-CV-02940 MJD/LIB

_____

GERALDINE JOHNSON,

      Plaintiff,

v.

COMMERCIAL RECOVERY
SYSTEMS, INC.,
d/b/a CRS AND ASSOCIATES,

      Defendant.

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action

voluntarily dismisses this matter without prejudice, without costs, disbursements, or

attorney's fees to any party and that a judgment of dismissal without prejudice may be

entered in the above-entitled action pursuant hereto.

MARTINEAU, GONKO & VAVRECK, PLLC

Dated: January 13, 2014      s/ Mark L. Vavreck                   .
                                  Mark L. Vavreck, Esq.
                                  Attorney I.D.#0318619
                                  Designers Guild Building
                                  401 North Third Street, Suite 600
                                  Minneapolis, MN 55401
                                  mvavreck@mgvlawfirm.com
                                  Telephone: (612) 659-9500
                                  Facsimile:   (612) 659-9220

                                  ATTORNEY FOR PLAINTIFF