UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13-CV-02940 MJD/LIB

_____

GERALDINE JOHNSON,

        Plaintiff,

v.

COMMERCIAL RECOVERY
SYSTEMS, INC.,
*d/b/a CRS AND ASSOCIATES,*

        Defendant.

**ORDER**

_____

The Notice of Voluntary Dismissal, having been presented to the Court on behalf of Plaintiff, (Doc. No. 7), **IT IS ORDERED** that the above-entitled action be and the same hereby is dismissed without prejudice, and without costs, disbursements or attorney fees to any party.

**BY THE COURT:**

Dated:  January 15, 2014        s/Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court